## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| TIM AXELSON, ADC #97108 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:12-cv-00339-SWW-JJV |
| CORIZON MEDICAL SERVICES | * |
| INC.; *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendants J. M. Courtney, Jack Davidson, John Van Mal, Ken Fields, Dr. Pearson, Dr. Anderson, Stuart Campbell, and Dr. Samad are DISMISSED for failure to state a claim on which relief may be granted.

DATED this 15th day of November 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT JUDGE