## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| TIM AXELSON, ADC #97108 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *   No. 5:12CV00339-SWW-JJV |
| CORIZON MEDICAL SERVICES INC.; *et al.*, | * |
| | * |
| | * |
| Defendants. | * |

### ORDER

This matter is scheduled for a hearing on Plaintiff's Motion to Clarify (Doc. No. 51) and Medical Defendants' Motion for Sanctions (Doc. No. 49) at 10:30 a.m., on Thursday, February 21, 2013. The Arkansas Department of Correction (ADC) is hereby directed to transport Plaintiff, along with his institutional, medical, and psychiatric files, on this date by 10:00 a.m., for a hearing in Courtroom #2C of the Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas.

IT IS SO ORDERED this 19th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES DISTRICT JUDGE