IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| TIM AXELSON, ADC #97108 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | *  No. 5:12CV00339-SWW-JJV |
| CORIZON MEDICAL SERVICES | * |
| INC.; *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

Before the Court is Defendants Motion for Sanctions. (Doc. No. 49.) They seek sanctions pursuant to Rule 37(b)(2) of the Federal Rules of Civil Procedure due to Plaintiff's failure to comply with the Court's January 29, 2013, Order. (Doc. No. 45.) Plaintiff has filed a Motion to Clarify, asking the Court for guidance on how to comply with the Order. (Doc. No. 51.)

On February 21, 2013, the Court held a hearing and Plaintiff signed the requested Medical Authorization and agreed to comply with the outstanding discovery requests. Accordingly, Defendants' Motion for Sanctions (Doc. No. 49) is DENIED without prejudice. Plaintiff's Motion to Clarify (Doc. No. 51) is also DENIED. Plaintiff shall comply with Defendants' discovery request by Friday, March 15, 2013. Failure to comply with this Order may result in the dismissal of this case.

IT IS SO ORDERED this 22nd day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE