# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

| | | |
|---|---|---|
| TIM AXELSON, ADC #97108 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:12CV00339-SWW-JJV |
| CORIZON MEDICAL SERVICES | * | |
| INC., *et al.,* | * | |
| | * | |
| Defendants. | * | |

## ORDER

Before the Court is Plaintiff's Motion to Compel and for Sanctions (Doc. No. 69). Plaintiff seeks an order compelling Defendants to provide him with a copy of his medical records. Corizon Medical Services has stated these records belong to the Arkansas Department of Correction and prison policy prohibits their disclosure to inmates.

After careful consideration, the Court finds Plaintiff's Motion to Compel and for Sanctions (Doc. No. 69) is DENIED. Plaintiff must seek access to his medical records through the Arkansas Department of Correction and not Corizon.

IT IS SO ORDERED this 24th day of April, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE