# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| TIM AXELSON, ADC #97108 | * |
| | * |
| Plaintiff, | * |
| v. | * |
| | * No. 5:12-cv-00339-SWW-JJV |
| CORIZON MEDICAL SERVICES INC.; *et al.,* | * |
| | * |
| Defendants. | * |

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's claims against Defendants Humphrey and Snyder are DISMISSED without prejudice and they are dismissed as a defendants in this matter.

DATED this 17th day of June 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT COURT JUDGE