IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIM AXELSON,                                                                            PLAINTIFF
ADC #97108

V.                       NO: 5:12CV00339 SWW/JJV

CORIZON MEDICAL                                        DEFENDANTS
SERVICES, Inc.; *et al.*,

## ORDER

Plaintiff Tim Axelson's appeal [doc.#99] of Magistrate Judge Joe J. Volpe's Order [doc.#96] denying plaintiff's motion to compel [doc.#89] has been considered by the Court and is hereby denied. The Court affirms Judge Volpe's Order.

IT IS SO ORDERED this 7th day of October 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE