**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

TIM AXELSON, ADC #97108                           *
                                                  *
                    Plaintiff,                    *
v.                                                *
                                                  *        No. 5:12CV00339-SWW-JJV
CORIZON MEDICAL SERVICES                          *
INC.; *et al.,*                                   *
                                                  *
                    Defendants.                   *

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections.  After carefully

considering the objections and making a *de novo* review of the record, the Court concludes that the

Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted

in their entirety as this Court's findings in all respects.[1]

IT IS, THEREFORE, ORDERED that:

1.      Mr. Axelson's Motion for Preliminary Injunction (Doc. No. 102) is DENIED.

DATED this 6th day of January, 2014.

                                        /s/Susan Webber Wright
                                        UNITED STATES DISTRICT COURT JUDGE

---

[1] In his objections, Plaintiff in large part complains that the ADC medical provider is not following the recommendations of outside consultants but "a prison doctor does not have to follow the recommendation of an outside consultant; he or she is free to exercise independent judgment in determining the course of treatment to be followed." *Wilson v. CMS Medical Services*, No. 4:06cv967, 2007 WL 763092, *6 (E.D. Mo. March 9, 2007) (citing *Dulany v.Carnahan*, 132 F.3d 1234, 1240 (8th Cir. 1997)).