## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | | |
|---|---|---|
| TIM AXELSON, ADC #97108 | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 5:12CV00339-SWW-JJV |
| CORIZON MEDICAL SERVICES INC.; *et al.,* | * | |
| | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Orders that were entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 3rd day of June 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE